```
BENJAMIN B. WAGNER
United States Attorney
SHEILA K. OBERTO
KIRK E. SHERRIFF
STANLEY A. BOONE
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JERALD ALLEN TEIXEIRA,<br><br>          Defendant. | ) CASE NO.: 1:09-cr-00375 OWW<br>)<br>) STIPULATION AND<br>) ORDER CONTINUING SENTENCING<br>) HEARING<br>)<br>) Old Date:  March 22, 2010<br>) Old Time:  1:30 p.m.<br>)<br>) **New Date:  July 26, 2010**<br>) **New Time:  1:30 p.m.**<br>) **Court:     Three**<br>)   **(Hon. Oliver W. Wanger)**<br>) |
|---|---|

   Defendant Jerald Allen Teixeira pleaded guilty on September 28, 2009 to the Information filed in this case.  Sentencing is currently set for March 22, 2010, at 1:30 p.m.

   To allow additional time for Mr. Teixeira to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from March 22, 2010 to July 26, 2010, at

_____
Stipulation & Order Continuing Sentencing Hearing

1:30 p.m., or the earliest date thereafter that is convenient to the Court.

                                                     Respectfully submitted,

Dated:  February 12, 2010            BENJAMIN B. WAGNER
                                     United States Attorney

                                By:  /s/ Kirk E. Sherriff
                                     SHEILA K. OBERTO
                                     KIRK E. SHERRIFF
                                     STANLEY A. BOONE
                                     Assistant U.S. Attorneys


Dated:  February 12, 2010            /s/ David Torres
                                     (as authorized on 2/8/10)
                                     DAVID TORRES

                                     Attorney for Defendant
                                     JERALD ALLEN TEIXEIRA


## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. It is ordered that the sentencing hearing is continued from March 22, 2010 to July 26, 2010, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   February 12, 2010**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE