1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   STANLEY A. BOONE
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )   CASE NO.: 1:09-cr-00375 OWW
11                                   )
                    Plaintiff,       )   STIPULATION AND ORDER
12                                   )   CONTINUING SENTENCING HEARING
                                     )
13                                   )   Old Date:  July 26, 2010
         v.                          )   Old Time:  1:30 p.m.
14                                   )
                                     )   **New Date:  December 6, 2010**
15                                   )   **New Time:  1:30 p.m.**
   JERALD ALLEN TEIXEIRA,            )   **Court:      Three**
16                                   )     **(Hon. Oliver W. Wanger)**
                    Defendant.       )
17                                   )
   _____   )
18

19

20

21       Defendant Jerald Allen Teixeira pleaded guilty on September 28,

22  2009 to the Information filed in this case.  Sentencing is currently

23  set for July 26, 2010, at 1:30 p.m.

24       To allow additional time for Mr. Teixeira to fulfill his

25  obligations under the plea agreement, the parties hereby stipulate

26  and jointly request that the Court order that the sentencing hearing

27  in this case be continued from July 26, 2010 to December 6, 2010, at

28  1:30 p.m., or the earliest date thereafter that is convenient to the

_____
Stipulation & Order Continuing Sentencing Hearing

Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

Dated:   June 23, 2010              BENJAMIN B. WAGNER
                                    United States Attorney


                               By: /s/ Kirk E. Sherriff
                                    KIRK E. SHERRIFF
                                    STANLEY A. BOONE
                                    Assistant U.S. Attorneys




Dated:   June 23, 2010              /s/ David Torres
                                    (as authorized on 6/22/10)
                                    DAVID TORRES

                                    Attorney for Defendant
                                    JERALD ALLEN TEIXEIRA


## ORDER

     The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from July 26, 2010 to December 6, 2010, at 1:30 p.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   June 24, 2010**              **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE