1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   KIRK E. SHERRIFF
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,    )  CASE NO.: 1:09-cr-00375 OWW
11                              )
                  Plaintiff,    )  STIPULATION AND ORDER
12                              )  CONTINUING SENTENCING HEARING
                                )
13                              )  Old Date: Dec. 6, 2010
             v.                 )  Old Time: 1:30 p.m.
14                              )
                                )  **New Date: April 25, 2011**
15                              )  **New Time: 1:30 p.m.**
   JERALD ALLEN TEIXEIRA,       )  **Court:     Three**
16                              )  **(Hon. Oliver W. Wanger)**
                  Defendant.    )
17                              )
   _____)
18
        Defendant Jerald Allen Teixeira pleaded guilty on September 28,
19
   2009 to the Information filed in this case.  Sentencing is currently
20
   set for Dec. 6, 2010, at 1:30 p.m.
21
        To allow additional time for Mr. Teixeira to fulfill his
22
   obligations under the plea agreement, the parties hereby stipulate
23
   and jointly request that the Court order that the sentencing hearing
24
   in this case be continued from Dec. 6, 2010 to April 25, 2011, at
25
   1:30 p.m., or the earliest date thereafter that is convenient to the
26
   Court.  The parties further stipulate and jointly request that the
27
   Court extend the deadline to submit informal objections to the Pre-
28
   Sentence Report (PSR) to three weeks prior to the continued
   _____
                  Stipulation & Order Continuing Sentencing Hearing

sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

                                      Respectfully submitted,

Dated:  Nov. 17, 2010        BENJAMIN B. WAGNER
                                United States Attorney

                               By: /s/ Kirk E. Sherriff
                                  STANLEY A. BOONE
                                  KIRK E. SHERRIFF
                                  Assistant U.S. Attorneys

Dated:  Nov. 17, 2010        /s/ David Torres
                                (as authorized on 11/17/10)
                                DAVID TORRES

                                Attorney for Defendant
                                JERALD ALLEN TEIXEIRA

**ORDER**

    The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from Dec. 6, 2010 to April 25, 2011, at 1:30 p.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated:   November 18, 2010**         /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE