```
1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   KIRK E. SHERRIFF
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:09-cr-00375 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING HEARING |
| v. | ) | Old Date: April 25, 2011 |
| | ) | Old Time: 1:30 p.m. |
| | ) | **New Date: Oct. 24, 2011** |
| JERALD ALLEN TEIXEIRA, | ) | **New Time: 1:30 p.m.** |
| | ) | **Court:     Three** |
| Defendant. | ) | **(Hon. Oliver W. Wanger)** |

Defendant Jerald Allen Teixeira pleaded guilty on September 28, 2009 to the Information filed in this case.  Sentencing is currently set for April 25, 2011, at 1:30 p.m.

To allow additional time for Mr. Teixeira to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from April 25, 2011 to Oct. 24, 2011, at 1:30 p.m., or the earliest date thereafter that is convenient to the

1  Court.  The parties further stipulate and jointly request that the
2  Court extend the deadline to submit informal objections to the Pre-
3  Sentence Report (PSR) to three weeks prior to the continued
4  sentencing date, and extend the deadline to file formal objections to
5  the PSR to one week prior to the continued sentencing date.

                                          Respectfully submitted,
Dated:  April 6, 2011                     BENJAMIN B. WAGNER
                                          United States Attorney

                                     By:  /s/ Kirk E. Sherriff
                                          STANLEY A. BOONE
                                          KIRK E. SHERRIFF
                                          Assistant U.S. Attorneys


Dated:  April 6, 2011                     /s/ David Torres
                                          (as authorized on 4/6/11)
                                          DAVID TORRES

                                          Attorney for Defendant
                                          JERALD ALLEN TEIXEIRA


**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from April 25, 2011 to Oct. 24, 2011, at 1:30 p.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

///

///

IT IS SO ORDERED.

**Dated:   April 7, 2011**                              **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE