```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    KIRK E. SHERRIFF
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:09-cr-00375 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) | Old Date: Oct. 24, 2011 |
|  | ) | Old Time: 1:30 p.m. |
| JERALD ALLEN TEIXEIRA, | ) | **New Date: April 23, 2012** |
|  | ) | **New Time: 1:30 p.m.** |
| Defendant. | ) | **Court:    Two** |
|  | ) |   **(Hon. Anthony W. Ishii)** |

Defendant Jerald Allen Teixeira pleaded guilty on September 28, 2009 to the Information filed in this case. Sentencing is currently set for Oct. 24, 2011, at 1:30 p.m.

This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in

U.S. v. David Crisp, et al., and it is anticipated that Mr. Teixeira may be called as a witness in that case.

To allow additional time for Mr. Teixeira to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from Oct. 24, 2011 to April 23, 2012, at 1:30 p.m., or the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

Dated: Sept. 27, 2011         BENJAMIN B. WAGNER
                              United States Attorney

                          By: /s/ Kirk E. Sherriff
                              STANLEY A. BOONE
                              KIRK E. SHERRIFF
                              Assistant U.S. Attorneys


Dated: Sept. 27, 2011         /s/ David Torres
                              (as authorized on 9/27/11)
                              DAVID TORRES

                              Attorney for Defendant
                              JERALD ALLEN TEIXEIRA

---

Stipulation & Order Continuing Sentencing Hearing

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from Oct. 24, 2011 to April 23, 2012, at 1:30 p.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated:     September 28, 2011              /s/ [signature]
                                           CHIEF UNITED STATES DISTRICT JUDGE