```
BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JERALD ALLEN TEIXEIRA, <br> Defendant. | CASE NO.: 1:09-cr-00375 AWI <br> STIPULATION AND ORDER CONTINUING SENTENCING HEARING <br> Old Date: April 23, 2012 <br> Old Time: 10:00 a.m. <br> **New Date: October 29, 2012** <br> **New Time: 10:00 a.m.** <br> **Court:    Two** <br>    **(Hon. Anthony W. Ishii)** |

Defendant Jerald Allen Teixeira pleaded guilty on September 28, 2009 to the Information filed in this case. Sentencing is currently set for April 23, 2012, at 10:00 a.m.

This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in

U.S. v. David Crisp, et al., and it is anticipated that Mr. Teixeira may be called as a witness in that case.

    To allow additional time for Mr. Teixeira to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from April 23, 2012 to October 29, 2012, at 10:00 a.m., or the earliest date thereafter that is convenient to the Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

                                  Respectfully submitted,

Dated:  March 23, 2012        BENJAMIN B. WAGNER
                                       United States Attorney

                                 By: /s/ Kirk E. Sherriff
                                    STANLEY A. BOONE
                                    KIRK E. SHERRIFF
                                    Assistant U.S. Attorneys


Dated:  March 23, 2012        /s/ David Torres
                                     (authorized on 3/23/12)
                                     DAVID TORRES
                                     Attorney for Defendant
                                     JERALD ALLEN TEIXEIRA

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from April 23, 2012 to October 29, 2012, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.
IT IS SO ORDERED.

Dated:     March 23, 2012            _____
                                     CHIEF UNITED STATES DISTRICT JUDGE