```
BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JERALD ALLEN TEIXEIRA,<br><br>　　　　　Defendant. | CASE NO.: 1:09-cr-00375 AWI<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING<br>HEARING<br><br>Old Date: October 29, 2012<br>Old Time: 10:00 a.m.<br><br>**New Date: April 29, 2013**<br>**New Time: 10:00 a.m.**<br>**Court:　　Two**<br>　(Hon. Anthony W. Ishii) |

　　　Defendant Jerald Allen Teixeira pleaded guilty on September 28, 2009 to the Information filed in this case.  Sentencing is currently set for October 29, 2012, at 10:00 a.m.

　　　This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex.  The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in

U.S. v. David Crisp, et al..

    To allow additional time for Mr. Teixeira to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from October 29, 2012 to April 29, 2013, at 10:00 a.m., or the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

                                            Respectfully submitted,

Dated: Oct. 10, 2012          BENJAMIN B. WAGNER
                                       United States Attorney

                               By: /s/ Kirk E. Sherriff
                                   STANLEY A. BOONE
                                   KIRK E. SHERRIFF
                                   HENRY Z. CARBAJAL III
                                   Assistant U.S. Attorneys

Dated: Oct. 10, 2012          /s/ David Torres
                                       (authorized on 10/10/12)
                                       DAVID TORRES
                                       Attorney for Defendant
                                       JERALD ALLEN TEIXEIRA

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from October 29, 2012 to April 29, 2013, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated:     October 10, 2012                    /s/ [signature]
                                        CHIEF UNITED STATES DISTRICT JUDGE