BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:09-cr-00375 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND ) ORDER CONTINUING SENTENCING ) HEARING |
| v. | ) Old Date: April 29, 2013 ) Old Time: 10:00 a.m. |
| JERALD ALLEN TEIXEIRA, | ) **New Date: March 24, 2014** ) **New Time: 10:00 a.m.** ) **Court: Two** |
| Defendant. | ) **(Hon. Anthony W. Ishii)** |

Defendant Jerald Allen Teixeira pleaded guilty on September 28, 2009 to the Information filed in this case. Sentencing is currently set for April 29, 2013, at 10:00 a.m.

This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex, and which is set for trial on January 28, 2014. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in U.S. v. David

<u>Crisp, et al.</u>.

To allow additional time for Mr. Teixeira to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from April 29, 2013 to March 24, 2014, at 10:00 a.m., which is after the anticipated completion of the trial in <u>U.S. v. David Crisp, et al.</u>, or to the earliest date thereafter that is convenient to the Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

Dated:  April 18, 2013            BENJAMIN B. WAGNER
                                  United States Attorney


                              By: /s/ Kirk E. Sherriff
                                  KIRK E. SHERRIFF
                                  HENRY Z. CARBAJAL III
                                  Assistant U.S. Attorneys


Dated:  April 18, 2013            /s/ David Torres
                                  (authorized on 4/18/13)
                                  DAVID TORRES
                                  Attorney for Defendant
                                  JERALD ALLEN TEIXEIRA

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from April 29, 2013 to March 24, 2014, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated:   April 19, 2013                            _____
                                                   SENIOR  DISTRICT  JUDGE