BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00375 AWI |
|---|---|
| Plaintiff, | STIPULATION & ORDER CONTINUING SENTENCING HEARING |
| v. | Old Sentencing Date: March 24, 2014 |
| JERALD ALLEN TEIXEIRA, | New Sentencing Date: June 2, 2014 |
| Defendant. | Time: 10:00 a.m.<br>Court: Two<br>(Hon. Anthony W. Ishii) |

Defendant Jerald Allen Teixeira pleaded guilty on September 28, 2009 to the Information filed in this case. Sentencing is currently set for March 24, 2014, at 10:00 a.m. This case is related to the pending case U.S. v. Julie Farmer (No. 1:11-cr-0026 LJO), which the court has designated as complex, and which is set for trial on April 8, 2014 before Judge O'Neill. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in U.S. v. Julie Farmer.

To allow additional time for Mr. Teixeira to fulfill his obligations under the plea agreement in this case, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from March 24, 2014 to June 2, 2014, or to the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit

1

informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

IT IS SO STIPULATED.

Dated: March 6, 2014

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

/s/ David Torres
(authorized on 3/6/14)                        /s/ Kirk E. Sherriff
DAVID TORRES                                   KIRK E. SHERRIFF
Attorney for defendant                    HENRY Z. CARBAJAL III
Jerald Allen Teixeira                       CHRISTOPHER D. BAKER
                                              Assistant United States Attorneys

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case.  Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Jerald Allen Teixeira is continued to June 2, 2014, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated:   March 7, 2014                                         _____
                                                              SENIOR  DISTRICT  JUDGE