BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL
CHRISTOPHER D. BAKER
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:09-CR-00375 LJO |
| Plaintiff, | **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES OF AMERICA AND DEFENDANT JERALD ALLEN TEIXEIRA** |
| v. | |
| JERALD ALLEN TEIXEIRA, | |
| Defendant. | |

WHEREAS, the discovery in this case contains a large amount of proprietary, personal and confidential information including, but not limited to, Social Security numbers, dates of birth, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

Therefore, Defendant JERALD ALLEN TEIXEIRA, by and through

his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorneys Kirk E. Sherriff, Henry Z. Carbajal III, and Christopher D. Baker, hereby agree and stipulate as follows:

1.   This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2.   This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case, and documents produced subsequent to the date of entry of this Order (hereafter, collectively known as the "discovery").

3.   By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4.   The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States of America ("Government").  Defense

1    Counsel will return the discovery to the Government or certify

2    that it has been destroyed at the conclusion of the case.

3          5.    Defense Counsel will store the discovery in a secure

4    place and will use reasonable care to ensure that it is not

5    disclosed to third persons in violation of this agreement.

6          6.    Defense Counsel shall be responsible for advising the

7    Defendant, employees, and other members of the defense team, and

8    defense witnesses of the contents of this Stipulation and Order.

9          7.    In the event that Defendant substitutes counsel,

10   undersigned Defense Counsel agrees to withhold discovery from new

11   counsel unless and until substituted counsel agrees also to be

12   bound by this Order.

13         IT IS SO STIPULATED.

14   DATED: May 15, 2014                 BENJAMIN B. WAGNER
                                         United States Attorney
15

16                                 By: /s/ Christopher D. Baker
                                       KIRK E. SHERRIFF
17                                     HENRY Z. CARBAJAL III
                                       CHRISTOPHER D. BAKER
18                                     Assistant U.S. Attorneys

19

20   DATED: May 15, 2014           By: /s/ David Torres
                                       DAVID TORRES
21                                     Attorney for Defendant
                                       JERALD ALLEN TEIXEIRA
22

23   IT IS SO ORDERED.

24     Dated:   **May 14, 2014**              **/s/ Lawrence J. O'Neill**
25                                       UNITED STATES DISTRICT JUDGE

26

27

28